UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )   BK No.:  16-25207
Tracie Burns  )
 )
 )   Chapter: 13
 )
 )   Honorable Jacqueline Cox
 )
Debtor(s)  )

## ORDER IMPOSING THE AUTOMATIC STAY

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED

A. The Debtor has rebutted by clear and convincing evidence the presumption that this case was not filed in good faith.

B. That the automatic stay is hereby imposed as to all creditors pursuant to §362(c)(4) *up to 10-3-16 at 10:30 AM.*

C. *If this case gets dismissed for any reason the debtor will be barred from refiling for one year from dismissal under any chapter of the Bankruptcy Code. JCox*

Enter: *Jacqueline P. Cox*
United States Bankruptcy Judge

Dated: 8-29-16

**Prepared by:**
David M. Siegel
ARDC 6207611
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20151029_bko