UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable **JACQUELINE P. COX**

Hearing Date **OCTOBER 3, 2016**

Bankruptcy Case No. **16-25207**

Adversary No.

Title of Case **IN RE TRACIE BURNS**

Brief Statement of Motion: **Motion to Impose Automatic Stay**

Names and Addresses of moving counsel: **Benjamin D. Rios, David M. Siegel & Associates, 790 Chaddick Dr. Wheeling, IL 60090**

Representing **Debtor**

## ORDER

**IT IS HEREBY ORDERED**

The Automatic Stay is extended to October 31, 2016 at 10:30 AM

*/s/ Jacqueline P. Cox*

J. Cox

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

6/11/99