# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Honorable: JACQUELINE P. COX

Hearing Date: November 28, 2016

Bankruptcy Case No.: 16-25207

Adversary No.:

Title of Case: IN RE: TRACIE BURNS

Brief Statement of Motion: MOTION TO IMPOSE AUTOMATIC STAY

Names and Addresses of moving counsel: Benjamin Rios, David M. Siegel & Associates, 790 Chaddick Dr. Wheeling, IL 60090

Representing: DEBTOR

## ORDER

**IT IS HEREBY ORDERED**

THE AUTOMATIC STAY IS IMPOSED ON NOVEMBER 28, 2016, PENDING FURTHER COURT ORDER.

*Jacqueline P. Cox*
*J. Cox*

JUDGE JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT

6/11/99