UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-25207 |
|---|---|---|
| TRACIE BURNS | ) | Chapter: 13 |
|  | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) |  |

## ORDER ON DEBTOR'S MOTION TO MODIFY PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. The Debtor's plan payment default is deferred to the end of her Chapter 13 plan.

2. The Debtor's monthly plan payment is increased to $1,016.00.

**Nothing in this Order shall require the Trustee to do collections from creditors pursuant to any prior plan**

Enter:

J. Cx

United States Bankruptcy Judge

Dated: 7/17/17

**Prepared by:**
Dustin B. Allen
IARDC#6312451
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
847-520-8100

Rev: 20151029_bko