UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   16-25207 |
| TRACIE L. BURNS | ) | |
| | ) | |
| | ) | Chapter:  13 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## AGREED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Peritus Portfolio Services II, LLC as agent for Wollemi Acquisitions, LLC, having filed a Motion for Relief from Automatic Stay and the Court having reviewed the pleadings, the Court hereby FINDS that just cause is shown for Relief from Automatic Stay on certain property described as a:

2013 Dodge Avenger VIN: 1C3CDZAB5DN649117

IT IS HEREBY ORDERED that Peritus Portfolio Services II, LLC as agent for Wollemi Acquisitions, LLC, shall be granted Relief from the Automatic Stay and for such purposes the stays of 11 U.S.C. § 362 are hereby terminated on the above described property and to exercise any and all rights provided under non-bankruptcy law as set forth in the Contract and as more fully set forth in the pleadings prepared and filed with the Court, as well as the applicable laws under the State of Illinois.

IT IS FURTHER ORDERED that the 14-day stay as provided for in Bankruptcy Rule 4001 (a)(3) shall not apply to this Order, and the Order shall be in full force and effect upon entry of this Order.
All other relief prayed for is DENIED.

Enter:

Honorable Jacqueline Cox

United States Bankruptcy Judge

Dated:  NOV - 6 2017

**Prepared by:**

MARTIN LEIGH PC

s/  Melinda J. Maune
Melinda J. Maune, #49797, mjm@martinleigh.com
IL ARDC# 9078537
7710 Carondelet Avenue, Suite 217
St. Louis, MO 63105
Telephone: (314) 562-8200
ATTORNEY FOR CREDITOR

Agreed to by:

s/Dustin B. Allen
Dustin B. Allen
Christine H. Clar
David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
ATTORNEY FOR DEBTOR