UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 16-25207
TRACIE L. BURNS )
)
) Chapter: 13
)
) Honorable Jacqueline Cox
)
Debtor(s) )

## ORDER GRANTING RELIEF FROM AN ORDER

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1. Debtor's Motion for Relief from An Order is granted.

2. The Order Imposing the Stay entered on August 29, 2016, is modified to ~~include language placing a sunset~~ WAIVE THE provision in Part C of the order, ~~so that the bar to refiling expires if the case lasts more than a year.~~

3. ~~The Order Imposing the Stay entered on August 2, 2018, ceases to be effective as the Debtor's case lasted one year.~~

The bar to refiling is vacated. Cox

Enter: Jacqueline B. Cox
J. Cox

Dated: 4-2-18                                              United States Bankruptcy Judge

**Prepared by:**
Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100

Rev: 20151029_bko